

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00018-CV

| | | |
|---|---|---|
| CHRISTOPHER ROZANC, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-329512-21) |
| | § | September 7, 2023 |
| ROBIN NANCE, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that appellee Robin Nance shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack